IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J. ANTIONIO RAFER
TONY MUNIO,

      Plaintiff,

v.                                    CASE NO. 4:13-cv-537-MW/CAS

KEVIN ODERS DAVE KKK,
et al.,

      Defendants.

_____/

ORDER ACCEPTING AND ADOPTING AMENDED
REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Amended Report and Recommendation, ECF No. 4, filed October 1, 2013. No response having been received from Plaintiff, upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "This action is **DIMISSED** because it is frivolous and the Complaint fails to state a claim upon which relief may be

granted." The Clerk shall close the file.

**SO ORDERED on October 28, 2013.**

**s/Mark E. Walker**
**United States District Judge**
